Andrew A. **SHERWOOD**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 41927.

Missouri Court of Appeals, Western District.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied Feb. 13, 1990.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).